UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                              Case No.:   25-21631 (VFP)

JENNIFER A. BERTOLINE                               Chapter:    7
          DEBTOR(S)
                                                    Judge:      Vincent F. Papalia

## NOTICE OF PROPOSED ABANDONMENT

_____Eric Perkins_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  Martin Luther King Jr. Federal Building
                       50 Walnut Street
                       Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __Vincent F. Papalia, USBJ__ on __January 21, 2026__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
14 Woodsedge Avenue, Budd Lake, New Jersey 07828
Scheduled Value $461,000.00.

Liens on property:
Midland Mortgage Company $381,173.10
Secretary of Housing & Urban Development $17,660.73

The sale of property will not yield a meaningful distribution to unsecured creditors.

Amount of equity claimed as exempt: $31,575.00

Objections must be served on, and requests for additional information directed to:

Name:          Eric R. Perkins, Chapter 7 Trustee
Address:       103 Eisenhower Parkway, Suite 403, Roseland, NJ 07068
Telephone No.: 973-621-9020

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-21631-VFP |
| Jennifer A Bertoline | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 18, 2025 | Form ID: pdf905 | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\##        Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer A Bertoline, 14 Woodsedge Ave, Budd Lake, NJ 07828-2932 |
| 520868540 | + | Brayden Bertoline, 14 Woodsedge Ave, Budd Lake, NJ 07828-2932 |
| 520868544 | + | Childrens Hospital Of Philadelphia, 3401 Civic Center Blvd, Philadelphia, PA 19104-4319 |
| 520868557 | + | Harmony Bay Wellness, 1387 Chews Landing Road, Laurel Springs, NJ 08021-2760 |
| 520868572 | + | Raymour And Flanigan/Mcm, Po Box 2004, Warren, MI 48090-2004 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 18 2025 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 18 2025 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520868537 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 18 2025 21:07:00 | ALLY FINANCIAL, 200 RENAISSANCE CTR # B0, DETROIT, MI 48243-1300 |
| 520868539 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 18 2025 21:08:00 | American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016 |
| 520870382 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 18 2025 21:05:17 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520870441 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 18 2025 21:04:55 | Ally Capital Department, AIS Portfolio Services, LLC, Account: XXXXXXXX2267, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520868538 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 18 2025 21:07:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 520868547 | | Email/Text: correspondence@credit-control.com | Dec 18 2025 21:07:00 | Credit Control, 3300 Rider Trail S, Suite 500, Earth City, MO 63045 |
| 520868541 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 18 2025 21:05:04 | Cap One/Kohls, Po Box 3115, Milwaukee, WI 53201-3115 |
| 520868542 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 18 2025 21:05:04 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520868543 | + | Email/Text: mrdiscen@discover.com | Dec 18 2025 21:07:00 | Capital One/Discover Bank, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 520868545 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 18 2025 21:07:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, |

| Recipient ID | Flag | Notice Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | | PO Box 182125, Columbus, OH 43218-2125 |
| 520868546 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 18 2025 21:08:00 | Concora Credit, Po Box 96541, Charlotte, NC 28296-6541 |
| 520868548 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 18 2025 21:04:56 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520868549 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 18 2025 21:05:13 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 520868550 | + | Email/Text: mrdiscen@discover.com | Dec 18 2025 21:07:00 | Discover Card Credit Cards, PO Box 6103, Carol Stream, IL 60197-6103 |
| 520868551 | + | Email/Text: mrdiscen@discover.com | Dec 18 2025 21:07:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520868552 | | Email/Text: bankruptcycourts@equifax.com | Dec 18 2025 21:07:00 | Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 520868553 | ^ | MEBN | Dec 18 2025 21:00:44 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 520868554 | | Email/Text: bankruptcy@firstelectronic.com | Dec 18 2025 21:08:00 | First Electronic Bank, Attn: Bankruptcy, PO Box 521271, Salt Lake City, UT 84152-1271 |
| 520868556 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 18 2025 21:08:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 520868558 | ^ | MEBN | Dec 18 2025 21:01:07 | Harmony Bay Wellness, c/o Quality Asset Recovery LLC, P.O. Box 239, Gibbsboro, NJ 08026-0239 |
| 520868559 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 18 2025 21:07:00 | Internal Revenue Service, Philadelphia, PA 19101, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520868560 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 18 2025 21:04:53 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520868563 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2025 21:04:57 | LVNV Funding, LLC, 355 S Main Street 300-D, Greenville, SC 29601-2923 |
| 520868561 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 18 2025 21:08:00 | Lane Bryant, Po Box 650972, Dallas, TX 75265-0972 |
| 520868562 | | Email/Text: EBNBKNOT@ford.com | Dec 18 2025 21:08:00 | Lincoln Automotive Finance, Attn: Bankrutcy, PO Box 542000, Omaha, NE 68154-8000 |
| 520868567 | | Email/Text: ml-ebn@missionlane.com | Dec 18 2025 21:07:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 520868564 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 18 2025 21:05:15 | Merrick Bank, P.O. Box 660702, Dallas, TX 75266-0702 |
| 520868565 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 18 2025 21:08:00 | Midland Credit Management, 320 E Big Beaver Road Ste 300, Troy, MI 48083-1271 |
| 520868566 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 18 2025 21:05:14 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 520868569 | + | Email/PDF: cbp@omf.com | Dec 18 2025 21:04:51 | OneMain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 520868570 | | Email/Text: signed.order@pfwattorneys.com | Dec 18 2025 21:07:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 520868571 | ^ | MEBN | Dec 18 2025 21:01:07 | Quality Asset Recovery, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 520868568 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 18 2025 21:07:00 | New Jersey Division of Taxation, P.O. Box 245, 3 John Fitch Way 5th FL, Trenton, NJ 08695 |
| 520868573 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 18 2025 21:05:05 | Secretary of Housing & Urban Development, 451 7th St Sw, Washington, DC 20410-0001 |
| 520868574 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 18, 2025 | Form ID: pdf905 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 18 2025 21:05:13 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5060 |
| 520868575 | + | Email/Text: bncmail@w-legal.com | Dec 18 2025 21:07:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520868576 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 18 2025 21:07:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 520868577 | ^ | MEBN | Dec 18 2025 21:00:24 | TransUnion, Po Box 2000, Chester, PA 19016-2000 |
| 520868578 | | Email/Text: bankruptcies@uplift.com | Dec 18 2025 21:07:00 | Uplift, Inc., Attn: Bankruptcy 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 520868580 | | Email/Text: bk@villagecapital.com | Dec 18 2025 21:07:00 | Village Capital & Investments, Llc, Attn: Bankruptcy, 2550 Paseo Verde Parkway Suite 100, Henderson, NV 89074 |
| 520868579 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 18 2025 21:07:00 | Verizon Wireless, 500 Technology Drive Suite 550, Saint Charles, MO 63304-2225 |
| 520868581 | ^ | MEBN | Dec 18 2025 21:00:07 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520868555 | ##+ | Forster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eric Raymond Perkins | on behalf of Trustee Eric Raymond Perkins EPerkins@hlgslaw.com nj42@ecfcbis.com;yrodriguez@hlgslaw.com |
| Eric Raymond Perkins | EPerkins@hlgslaw.com nj42@ecfcbis.com;yrodriguez@hlgslaw.com |
| Justin M Gillman | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 18, 2025 | Form ID: pdf905 | Total Noticed: 49 |

                    on behalf of Debtor Jennifer A Bertoline ecf@gillmancapone.com
                    GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5