Form loccrtno – loccrtnov27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 25–21631–VFP
        Chapter: 7
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jennifer A Bertoline
   14 Woodsedge Ave
   Budd Lake, NJ 07828

Social Security No.:
   xxx–xx–2653

Employer's Tax I.D. No.:

**CERTIFICATION OF NO OBJECTION**

    I <u>Michele Cummings</u> , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

14 Woodsedge Avenue, Budd Lake, New Jersey 07828

Dated: January 15, 2026
JAN: mlc

                Jeanne Naughton
                Clerk