**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jennifer A Bertoline | Social Security number or ITIN   xxx–xx–2653 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   25–21631–VFP

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jennifer A Bertoline

2/13/26

**By the court:** <u>Vincent F. Papalia</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

| |
|---|
| **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.** |

Official Form 318 **Order of Discharge** page 2

United States Bankruptcy Court

District of New Jersey

In re:                                                                  Case No. 25-21631-VFP

Jennifer A Bertoline                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Feb 13, 2026 | Form ID: 318 | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer A Bertoline, 14 Woodsedge Ave, Budd Lake, NJ 07828-2932 |
| 520868540 | + | Brayden Bertoline, 14 Woodsedge Ave, Budd Lake, NJ 07828-2932 |
| 520868544 | + | Childrens Hospital Of Philadelphia, 3401 Civic Center Blvd, Philadelphia, PA 19104-4319 |
| 520868557 | + | Harmony Bay Wellness, 1387 Chews Landing Road, Laurel Springs, NJ 08021-2760 |
| 520868572 | + | Raymour And Flanigan/Mcm, Po Box 2004, Warren, MI 48090-2004 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 13 2026 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 13 2026 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Feb 14 2026 01:42:00 | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 520868537 | + | EDI: GMACFS.COM | Feb 14 2026 01:42:00 | ALLY FINANCIAL, 200 RENAISSANCE CTR # B0, DETROIT, MI 48243-1300 |
| 520868539 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 13 2026 21:12:00 | American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016 |
| 520870382 | + | EDI: AISACG.COM | Feb 14 2026 01:42:00 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520870441 | + | EDI: AISACG.COM | Feb 14 2026 01:42:00 | Ally Capital Department, AIS Portfolio Services, LLC, Account: XXXXXXXX2267, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520868538 | + | EDI: GMACFS.COM | Feb 14 2026 01:42:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 520868547 | | Email/Text: correspondence@credit-control.com | Feb 13 2026 21:11:00 | Credit Control, 3300 Rider Trail S, Suite 500, Earth City, MO 63045 |
| 520868541 | + | EDI: CAPITALONE.COM | Feb 14 2026 01:42:00 | Cap One/Kohls, Po Box 3115, Milwaukee, WI 53201-3115 |
| 520868542 | | EDI: CAPITALONE.COM | Feb 14 2026 01:42:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520868543 | + | EDI: DISCOVER | | |

District/off: 0312-2                        User: admin                                    Page 2 of 4

Date Rcvd: Feb 13, 2026                     Form ID: 318                                    Total Noticed: 50

| | | | | |
|---|---|---|---|---|
| 520868545 | + | EDI: WFNNB.COM | Feb 14 2026 01:42:00 | Capital One/Discover Bank, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 520868546 | + | EDI: PHINGENESIS | Feb 14 2026 01:42:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520868548 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 14 2026 01:42:00 | Concora Credit, Po Box 96541, Charlotte, NC 28296-6541 |
| 520868549 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 13 2026 21:08:49 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520868550 | + | EDI: DISCOVER | Feb 13 2026 21:09:05 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 520868551 | + | EDI: DISCOVER | Feb 14 2026 01:42:00 | Discover Card Credit Cards, PO Box 6103, Carol Stream, IL 60197-6103 |
| 520868552 | | Email/Text: bankruptcycourts@equifax.com | Feb 14 2026 01:42:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520868553 | ^ | MEBN | Feb 13 2026 21:11:00 | Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 520868554 | | Email/Text: bankruptcy@firstelectronic.com | Feb 13 2026 21:02:47 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 520868556 | + | EDI: PHINGENESIS | Feb 13 2026 21:13:00 | First Electronic Bank, Attn: Bankruptcy, PO Box 521271, Salt Lake City, UT 84152-1271 |
| 520868558 | ^ | MEBN | Feb 14 2026 01:42:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 520868559 | + | EDI: IRS.COM | Feb 13 2026 21:03:54 | Harmony Bay Wellness, c/o Quality Asset Recovery LLC, P.O. Box 239, Gibbsboro, NJ 08026-0239 |
| 520868560 | | EDI: CAPITALONE.COM | Feb 14 2026 01:42:00 | Internal Revenue Service, Philadelphia, PA 19101, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520868563 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 14 2026 01:42:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520868561 | + | EDI: WFNNB.COM | Feb 13 2026 21:08:54 | LVNV Funding, LLC, 355 S Main Street 300-D, Greenville, SC 29601-2923 |
| 520868562 | | Email/Text: EBNBKNOT@ford.com | Feb 14 2026 01:42:00 | Lane Bryant, Po Box 650972, Dallas, TX 75265-0972 |
| 520868567 | | Email/Text: ml-ebn@missionlane.com | Feb 13 2026 21:12:00 | Lincoln Automotive Finance, Attn: Bankrutcy, PO Box 542000, Omaha, NE 68154-8000 |
| 520868564 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 13 2026 21:10:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 520868565 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 13 2026 21:08:44 | Merrick Bank, P.O. Box 660702, Dallas, TX 75266-0702 |
| 520868566 | + | EDI: AISMIDFIRST | Feb 13 2026 21:12:00 | Midland Credit Management, 320 E Big Beaver Road Ste 300, Troy, MI 48083-1271 |
| 520868569 | + | EDI: AGFINANCE.COM | Feb 14 2026 01:42:00 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 520868570 | | Email/Text: signed.order@pfwattorneys.com | Feb 14 2026 01:42:00 | OneMain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 520868571 | ^ | MEBN | Feb 13 2026 21:10:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 520868568 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 13 2026 21:03:54 | Quality Asset Recovery, Po Box 239, Gibbsboro, NJ 08026-0239 |
| | | | Feb 13 2026 21:10:00 | New Jersey Division of Taxation, P.O. Box 245, 3 John Fitch Way 5th FL, Trenton, NJ 08695 |

| 520868573 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Feb 13 2026 21:32:25 | Secretary of Housing & Urban Development, 451 7th St Sw, Washington, DC 20410-0001 |
|---|---|---|---|---|
| 520868574 | | EDI: SYNC | Feb 14 2026 01:42:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5060 |
| 520868575 | + | EDI: WTRRNBANK.COM | Feb 14 2026 01:42:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520868576 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 13 2026 21:11:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 520868577 | ^ | MEBN | Feb 13 2026 21:01:54 | TransUnion, Po Box 2000, Chester, PA 19016-2000 |
| 520868578 | | Email/Text: bankruptcies@uplift.com | Feb 13 2026 21:10:00 | Uplift, Inc., Attn: Bankruptcy 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 520868580 | | Email/Text: bk@villagecapital.com | Feb 13 2026 21:10:00 | Village Capital & Investments, Llc, Attn: Bankruptcy, 2550 Paseo Verde Parkway Suite 100, Henderson, NV 89074 |
| 520868579 | + | EDI: VERIZONCOMB.COM | Feb 14 2026 01:42:00 | Verizon Wireless, 500 Technology Drive Suite 550, Saint Charles, MO 63304-2225 |
| 520868581 | ^ | MEBN | Feb 13 2026 21:02:04 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 45

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520868555 | ##+ | Forster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Eric Raymond Perkins | on behalf of Trustee Eric Raymond Perkins EPerkins@hlgslaw.com  nj42@ecfcbis.com;yrodriguez@hlgslaw.com |

District/off: 0312-2                          User: admin                                    Page 4 of 4

Date Rcvd: Feb 13, 2026                       Form ID: 318                                    Total Noticed: 50

Eric Raymond Perkins
                 EPerkins@hlgslaw.com  nj42@ecfcbis.com;yrodriguez@hlgslaw.com

Justin M Gillman

                 on behalf of Debtor Jennifer A Bertoline ecf@gillmancapone.com
                 GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

U.S. Trustee

                 USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 5